**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

ELIJAH DOUGLAS,

                    Plaintiff,

v.                                      CIVIL ACTION NO.   2:24-cv-00696

FAMILY DOLLAR #3120,

                    Defendant.

**MEMORANDUM OPINION AND ORDER**

This action was referred to United States Magistrate Judge Dwane L. Tinsley for submission of proposed findings of fact and recommendations for disposition pursuant to 28 U.S.C. § 636. On March 18, 2025, Magistrate Judge Tinsley submitted his Proposed Findings & Recommendations [ECF No. 9] ("PF&R") and recommended Defendant's Motion to Dismiss [ECF No. 5] be granted as unopposed, and this civil action be dismissed with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Neither party timely filed objections to the PF&R nor sought an extension of time.

A district court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This court is not, however, required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge

as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985).

Because the parties have not filed objections in this case, the court adopts and incorporates herein the PF&R and orders judgment consistent therewith. The court **DISMISSES with prejudice** this matter from the docket.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:        April 11, 2025

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE